IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Erin Edwards,

Plaintiff(s),

v.

Johnsonville LLC,

Defendant(s).

Case No. 23-cv-01107
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $             ,

which ☐ includes          pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendant Johnsonville LLC's motion to dismiss [19] is granted and the complaint is dismissed with prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion.

Date: 2/1/2024                    Thomas G. Bruton, Clerk of Court

                                  Kerwin Posley, Deputy Clerk